NUMBER
13-10-00553-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

CHRISTOPHER
JAMES CHAPMAN,                                          Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 1

                                  of
Montgomery County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

    Before
Chief Justice Valdez and Justices Rodriguez and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Christopher James Chapman, by and through his attorney, has filed a motion to withdraw
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 17th 

day of February, 2011.